# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Michael C. Radmilovich, Attorney at Law, Bar No. 4036 | Case No. 2:22-ms-00088<br>ORDER OF SUSPENSION |

On December 15, 2022, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail. The delivery status of the OSC is unknown. However, the OSC provided Mr. Radmilovich with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Michael C. Radmilovich. Failure to respond within 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that Michael C. Radmilovich, Bar No. 4036, is hereby suspended from practice in the United States District Court for the District of Nevada.

DATED THIS 16th Day of March 2023.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 23rd day of March 2023, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following address:

> Michael C. Radmilovich
> 4922 E. 28th Place
> Tulsa, OK 74135

Certified Mail No.: 7020 3160 0000 7420 3210

> /s/ Sharon H.
> Deputy Clerk
> United States District Court
> District of Nevada